# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MAURICE FORT-GREER,

        Plaintiff,

  v.                                     Case No. 05-C-827

GEORGE DALEY, et al.,

        Defendants.

## ORDER

Plaintiff has filed a motion requesting appointment of counsel as well as an extension of time to file motions. He asserts that the prison is interfering with inmate-to-inmate mail that makes it difficult for him to file a timely motion in this case. He also asserts he is unschooled in legal matters, indigent, and would benefit from the appointment counsel.

I will grant an additional two weeks for the filing of any motions, an extension which also applies to the defendants. This extension should alleviate any delays the plaintiff is experiencing and will not require the grant of the additional relief the plaintiff seeks, namely, an order directing the prison to stop interfering with his mail. However, the motion for appointment of counsel is denied. Appointment of counsel in civil actions is quite rare, and the conditions under which it is proper (especially those involving the complexity and merits of the case) are not apparent here. That is especially true on the eve of the motions deadline; it would be neither fair nor efficient to appoint counsel at this stage, the effect of which would be to allow a re-do of all discovery and briefing already undertaken by the parties.

Accordingly, the motion for an extension of time is granted, and dispositive motions may be filed on or before March 20, 2006. The motion for appointment of counsel and for other relief is denied.

**SO ORDERED**.

Dated this   6th   day of March, 2006.

s/ William C. Griesbach
William C. Griesbach
United States District Judge