UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MAURICE FORT-GREER,

    Plaintiff,

v.                                                           Case No. 05-C-827

GEORGE M DALEY, et al,

    Defendant.

**ORDER**

Pro se plaintiff Maurice Fort-Greer has requested that the court order the prison to provide him a legal loan to allow him to continue his litigation. Fort-Greer's case was dismissed on its merits by this court's order of July 12, 2006. Accordingly, Fort-Greer has no further need for a legal loan and his request is accordingly denied as moot.

**SO ORDERED** this   17th   day of July, 2006.

                                                                      s/ William C. Griesbach
                                                                      William C. Griesbach
                                                                      United States District Judge