UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MAURICE FORT-GREER,

    Plaintiff,

v.                                                 Case No. 05-C-827

GEORGE M. DALEY, et al.,

    Defendants.

## ORDER

The plaintiff has moved for reconsideration of my order dismissing his case. I concluded the case should be dismissed because an identical action had already been presented to (and dismissed by) a judge in the Western District. The motion for reconsideration states that the defendants did not adequately plead that fact in their answer, and so waived any argument that the plaintiff's claims were precluded. Even if true, however, this does not present a basis for reconsideration. If the plaintiff files identical cases in multiple judicial districts, he is abusing the court system and wasting resources; as such, he is in no position to seek enforcement of technical procedural rules.

The motion for reconsideration is thus denied; the clerk is directed to document a "strike" against the plaintiff for the bringing of the this lawsuit. 19 U.S.C. § 1915(g).

SO ORDERED this  4th  day of August, 2006.

                                                             s/ William C. Griesbach
                                                            William C. Griesbach
                                                            United States District Judge